# Third District Court of Appeal
## State of Florida

Opinion filed April 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0931
Lower Tribunal No. 21-14146-CA-01
_____

**Joelle Verbois Adenin,**
Appellant,

vs.

**Andrew W. Taylor,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Jonathan M. Drucker, P.A., and Jonathan M. Drucker, for appellant.

Law Offices of Mendez & Mendez, P.A., and Sergio L. Mendez, and Daniel J. Mendez, and Daniela C. Pachon, for appellee.

Before FERNANDEZ, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.